UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

DIAMOND, BEAU                                              CASE NO. 09-06199

Debtor(s)

_____/

<u>REPORT OF UNCLEARED FUNDS</u>

　　　　COMES NOW the Trustee, Shari Streit Jansen, and she does respectfully show that, pursuant to the order of distribution, she has disbursed the entire amount in the Trustee's account, and that all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant / Address | Amount | Action Taken |
|---------|---------|--------------------|--------|--------------|
| 0048-1 | 1201 | Yvonne Breska<br>5801 Reims Place<br>Ft. Myers, FL  33919 | $1,234.97 | Stop Pay |
| 0035-1 | 1188 | Joyous Larosa<br>5320 Nutmeg Avenue<br>Sarasota, FL  34231 | $914.92 | Stop Pay |
| 0010-1 | 1165 | Ann Marie Hansen<br>7420 Green St<br>Bradenton, FL  34201 | $2,815.74 | Stop Pay |
| 0053-1 | 1205 | Richard Sands<br>7523 Barry Road<br>Tampa, FL  33634 | $790.39 | Stop Pay |
| 0054-1 | 1206 | Jeffrey Jon Cohn<br>2800 Riverside Dr<br>Sarasota, FL  34234 | $9,015.32 | Stop Pay |
| 0065-1 | 1216 | Renee Weinberg Entrust<br>Renee Weinberg IRA #32916<br>91 16 SW 51st Rd  Suite 102<br>Gainesville, FL  32608 | $1,234.97 | Stop Pay |
| 0102-1 | 1245 | Carol Deloach<br>10404 Sanpiper Rd W<br>Bradenton, FL  34209 | $1,882.84 | Stop Pay |
| 0082-1 | 1229 | Gerard Deloach<br>4335 Butler Circle<br>Boulder CO  80305 | $5,476.42 | Stop Pay |
| 108-1 | 1251 | Sergio Arellano<br>2004 9th Street<br>San Fernando  CA  91340 | $772.79 | Stop Pay |
| 155-1 | 1289 | Ann Marie Ryan<br>28842 Glen Ridge<br>Misson Viejo, CA  92692 | $219.10 | Stop Pay |

That more than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to the provisions of 11 USC § 347, the undersigned attaches hereto checks in the amount of $ 24,357.46  payable to the Clerk, U.S. Bankruptcy Court, and states that the claimants entitled thereto, are as listed above, and that their addresses, as far as known, are given above.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been sent electronically Via ECF l to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 this June 12, 2015.

SHARI STREIT JANSEN, P.A.
P.O. Box 50667
Sarasota, FL 34232-0305
Telephone: 941-378-3330
Facsimile: 941-378-3320


By:  ___/s/ Shari Streit Jansen_____
     Shari Streit Jansen, Esq.
     Florida Bar No. 394599